UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                              )         BK No.:   16-04052
                                                    )
CHARLENE BURRIS AND DWAYNE A.                       )
BURRIS                                              )         Chapter: 13
                                                    )
                                                    )         Honorable A. Benjamin Goldgar
                                                    )
         Debtor(s)                                  )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Chapter 13 plan is modified to allow the Debtor to retain their 2017 tax refund.

Enter:

Dated: 17 JUL 2018

United States Bankruptcy Judge

**Prepared by:**
Ryan J. McCready
IARDC# 6308289
David M. Siegel & Associates
790 Chaddick Dr.
Wheeling, IL 60090

Rev: 20151029_bko