UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CHARLENE and DWAYNE BURRIS<br><br>Debtor(s) | BK No.: 16-04052<br>(Jointly Administered)<br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

## ORDER TO REDACT

Pursuant to Section II.A.4.b. of the Administration Procedures for the Case Management/ Electronic Case Filing System, the motion to redact personal information is granted.

The clerk is direct to substitute the redacted document attached to the motion in place of the unredacted document originally filed with the fee application.

Enter:

MAR 2 0 2019

Dated:

United States Bankruptcy Judge

**Prepared by:**
Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20130103_bko

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return — 2016
OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20___  See separate instructions.

**Your first name and initial:** CHARLENE
**Last name:** BURRIS
**Your social security number:** ___

**If a joint return, spouse's first name and initial:** DWAYNE A
**Last name:** BURRIS
**Spouse's social security number:** ___

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

## Filing Status
Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☒ Spouse

**Boxes checked on 6a and 6b:** 2

c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ If child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| / | ___ | FOSTER CHILD | ☒ |
| - | ___ | FOSTER CHILD | ☒ |
|   |   |   | ☐ |
|   |   |   | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

**No. of children on 6c who:**
- lived with you: 2
- did not live with you due to divorce or separation (see instructions): ___
- Dependents on 6c not entered above: ___

d Total number of exemptions claimed .......... Add numbers on lines above ▶ **4**

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 3,134. |
| 8a | Taxable interest. Attach Schedule B if required |  |
| b | Tax-exempt interest. Do not include on line 8a  [8b] |  |
| 9a | Ordinary dividends. Attach Schedule B if required |  |
| b | Qualified dividends  [9b] |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes |  |
| 11 | Alimony received |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ |  |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ |  |
| 14 | Other gains or (losses). Attach Form 4797 |  |
| 15a | IRA distributions  [15a]   b Taxable amount [15b] |  |
| 16a | Pensions and annuities  [16a]   b Taxable amount [16b] |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E |  |
| 18 | Farm income or (loss). Attach Schedule F |  |
| 19 | Unemployment compensation |  |
| 20a | Social security benefits [20a]   b Taxable amount [20b] |  |
| 21 | Other income. List type and amount _____ |  |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 3,134. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses [23] |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ [24] |  |
| 25 | Health savings account deduction. Attach Form 8889 [25] |  |
| 26 | Moving expenses. Attach Form 3903 [26] |  |
| 27 | Deductible part of self-employment tax. Attach Schedule SE [27] |  |
| 28 | Self-employed SEP, SIMPLE, and qualified plans [28] |  |
| 29 | Self-employed health insurance deduction [29] |  |
| 30 | Penalty on early withdrawal of savings [30] |  |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ [31a] |  |
| 32 | IRA deduction [32] |  |
| 33 | Student loan interest deduction [33] |  |
| 34 | Tuition and fees. Attach Form 8917 [34] |  |
| 35 | Domestic production activities deduction. Attach Form 8903 [35] |  |
| 36 | Add lines 23 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 3,134. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2016)
CDA

Form 1040 (2016)   CHARLENE BURRIS & DWAYNE A BURRIS   ###-##-5591   Page 2

### Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 3,134. |
| 39a | Check if: ☐ You were born before January 2, 1952, ☐ Blind. ☐ Spouse was born before January 2, 1952, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |

Standard Deduction for—
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,300
Married filing jointly or Qualifying widow(er), $12,600
Head of household, $9,300

| Line | Description | Amount |
|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 12,600. |
| 41 | Subtract line 40 from line 38 | -9,466. |
| 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 16,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 0. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| 47 | Add lines 44, 45, and 46 ▶ | 0. |
| 48 | Foreign tax credit. Attach Form 1116 if required | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 50 | Education credits from Form 8863, line 19 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | |
| 53 | Residential energy credits. Attach Form 5695 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| 55 | Add lines 48 through 54. These are your total credits | 0. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 0. |

### Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60a | Household employment taxes from Schedule H | |
| 60b | First-time homebuyer credit repayment. Attach Form 5405 if required | |
| 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | |
| 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) _____ | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | |

### Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 194. |
| 65 | 2016 estimated tax payments and amount applied from 2015 return | |
| 66a | Earned income credit (EIC) | 1,250. |
| 66b | Nontaxable combat pay election | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 20. |
| 68 | American opportunity credit from Form 8863, line 8 | |
| 69 | Net premium tax credit. Attach Form 8962 | |
| 70 | Amount paid with request for extension to file | |
| 71 | Excess social security and tier 1 RRTA tax withheld | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | |
| 73 | Credits from Form: a ☐ 2439 b ☒ Reserved c ☐ 8885 d ☐ | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 1,464. |

### Refund

| Line | Description | Amount |
|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 1,464. |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 1,464. |

Direct deposit? See Instructions.
b Routing number _____
c Type: ☐ Checking ☐ Savings
d Account number _____

| 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ 77 | |

### Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 0. |
| 79 | Estimated tax penalty (see instructions) | |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete below.  ☒ No
Designee's name ▶
Phone no. ▶
Personal identification number (PIN) ▶

### Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

Your signature | Date | Your occupation: FOSTER PARENT RELIEF W | Daytime phone number: 312-774-8618
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: UNEMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

### Paid Preparer Use Only

Print/Type preparer's name | Preparer's signature: SELF-PREPARED | Date | Check ☐ if self-employed | PTIN
Firm's name ▶ | | | Firm's EIN ▶
Firm's address ▶ | | | Phone no.

www.irs.gov/form1040
CDA
Form **1040** (2016)

Case 16-04052  Doc 89  Filed 03/20/19  Entered 03/21/19 07:27:42  Desc Main
Document    Page 4 of 6

16-04052:87.2:Motion to Redact Filing per Rule 9037(a):Exhibit A Entered: 3/19/2019 5:19:42 PM by:David Siegel Page 3 of 5

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

**Earned Income Credit**
Qualifying Child Information



▶ Complete and attach to Form 1040A or 1040 only if you have a qualifying child.
▶ Information about Schedule EIC (Form 1040A or 1040) and its instructions is at www.irs.gov/scheduleeic.

OMB No. 1545-0074

2016

Attachment Sequence No. **43**

Name(s) shown on return | Your social security number
CHARLENE BURRIS & DWAYNE A BURRIS

**Before you begin:**
- See the instructions for Form 1040A, lines 42a and 42b, or Form 1040, lines 66a and 66b, to make sure that (a) you can take the EIC, and (b) you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.



- You can't claim the EIC for a child who didn't live with you for more than half of the year.
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

| Qualifying Child Information | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| **1 Child's name** If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name: C    Last name: | First name:    Last name: J | First name:    Last name: |
| **2 Child's SSN** The child must have an SSN as defined in the instructions for Form 1040A, lines 42a and 42b, or Form 1040, lines 66a and 66b, unless the child was born and died in 2016. If your child was born and died in 2016 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records. | | | |
| **3 Child's year of birth** | Year 2 0 0 0 | Year 2 0 1 0 | Year _ _ _ _ |
| **4a** Was the child under age 24 at the end of 2016, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. Go to line 5.   ☐ No. Go to line 4b. | ☐ Yes. Go to line 5.   ☐ No. Go to line 4b. | ☐ Yes. Go to line 5.   ☐ No. Go to line 4b. |
| **b** Was the child permanently and totally disabled during any part of 2016? | ☐ Yes. Go to line 5.   ☐ No. The child is not a qualifying child. | ☐ Yes. Go to line 5.   ☐ No. The child is not a qualifying child. | ☐ Yes. Go to line 5.   ☐ No. The child is not a qualifying child. |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | FOSTER CHILD | FOSTER CHILD | |
| **6 Number of months child lived with you in the United States during 2016** • If the child lived with you for more than half of 2016 but less than 7 months, enter "7." • If the child was born or died in 2016 and your home was the child's home for more than half the time he or she was alive during 2016, enter "12." | 12 months *Do not enter more than 12 months.* | 12 months *Do not enter more than 12 months.* | ___ months *Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 13339M     Schedule EIC (Form 1040A or 1040) 2016

CDA

| SCHEDULE 8812 (Form 1040A or 1040) | **Child Tax Credit**  | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, Form 1040A, or Form 1040NR. ▶ Information about Schedule 8812 and its separate instructions is at www.irs.gov/schedule8812. | 2016 Attachment Sequence No. 47 |

| Name(s) shown on return | Your social security number |
|---|---|
| CHARLENE BURRIS & DWAYNE A BURRIS | 3 |

**Part I  Filers Who Have Certain Child Dependent(s) with an ITIN (Individual Taxpayer Identification Number)**


*Complete this part only for each dependent who has an ITIN and for whom you are claiming the child tax credit. If your dependent is not a qualifying child for the credit, you cannot include that dependent in the calculation of this credit.*

Answer the following questions for each dependent listed on Form 1040, line 6c; Form 1040A, line 6c; or Form 1040NR, line 7c, who has an ITIN (Individual Taxpayer Identification Number) and that you indicated is a qualifying child for the child tax credit by checking column (4) for that dependent.

**A**  For the first dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes   ☐ No

**B**  For the second dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes   ☐ No

**C**  For the third dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes   ☐ No

**D**  For the fourth dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes   ☐ No

**Note:** If you have more than four dependents identified with an ITIN and listed as a qualifying child for the child tax credit, see separate instructions and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II  Additional Child Tax Credit Filers**

1  If you file Form 2555 or 2555-EZ stop here; you cannot claim the additional child tax credit.

   If you are required to use the worksheet in Pub. 972, enter the amount from line 8 of the Child Tax Credit Worksheet in the publication. Otherwise:

   **1040 filers:**     Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 52).
   **1040A filers:**   Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040A, line 35).
   **1040NR filers:**  Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 49).
   | 1 | 2,000. |

2  Enter the amount from Form 1040, line 52; Form 1040A, line 35; or Form 1040NR, line 49 . . . . . | 2 | |
3  Subtract line 2 from line 1. If zero, stop here; you cannot claim this credit . . . . . . . . . . . | 3 | 2,000. |
4a Earned income (see separate instructions) . . . . . . . . . . . | 4a | 3,134. |
 b Nontaxable combat pay (see separate instructions) . . . . . . . . . . . | 4b | |
5  Is the amount on line 4a more than $3,000?
   ☐ No.  Leave line 5 blank and enter -0- on line 6.
   ☒ Yes. Subtract $3,000 from the amount on line 4a. Enter the result . . . | 5 | 134. |
6  Multiply the amount on line 5 by 15% (0.15) and enter the result . . . . . . . . . . . . . . | 6 | 20. |
   Next. Do you have three or more qualifying children?
   ☒ No.  If line 6 is zero, stop here; you cannot claim this credit. Otherwise, skip Part III and enter the smaller of line 3 or line 6 on line 13.
   ☐ Yes. If line 6 is equal to or more than line 3, skip Part III and enter the amount from line 3 on line 13. Otherwise, go to line 7.

For Paperwork Reduction Act Notice, see your tax return instructions.   Cat. No. 59761M   Schedule 8812 (Form 1040A or 1040) 2016

CDA

Schedule 8812 (Form 1040A or 1040) 2016     Page **2**

| Part III | Certain Filers Who Have Three or More Qualifying Children | | |
|---|---|---|---|
| 7 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see separate instructions . . . . . . | 7 | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 58, plus any taxes that you identified using code "UT" and entered on line 62. <br> **1040A filers:** Enter -0-. <br> **1040NR filers:** Enter the total of the amounts from Form 1040NR, lines 27 and 56, plus any taxes that you identified using code "UT" and entered on line 60. | 8 | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 66a and 71. <br> **1040A filers:** Enter the total of the amount from Form 1040A, line 42a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 46 (see separate instructions). <br> **1040NR filers:** Enter the amount from Form 1040NR, line 67. | 10 | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . | 11 | |
| 12 | Enter the **larger** of line 6 or line 11 . . . . . . . . . . . . . . | 12 | |
| | Next, enter the **smaller** of line 3 or line 12 on line 13. | | |
| **Part IV** | **Additional Child Tax Credit** | | |
| 13 | This is your additional child tax credit . . . . . . . . . . . . . . . . . . | 13 | 20. |

1040   1040A   1040NR ◄    *Enter this amount on Form 1040, line 67, Form 1040A, line 43, or Form 1040NR, line 64.*

Schedule 8812 (Form 1040A or 1040) 2016

CDA