# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Charlene Burris | ) | Chapter 13 |
|        Dwayne A Burris | ) | Case No. 16 B 04052 |
|        Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Charlene Burris  
Dwayne A Burris  
1339 N Long  
Chicago, IL  60651

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On September 03, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, August 23, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On February 10, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 30, 2016, for a term of 36 months with payments of $1,150.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 42 | $50,617.00 | $46,600.00 | $4,017.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/22/2019  
Due Each Month: $1,150.00  
Next Pymt Due: 09/11/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/07/2018 | 5136419000 | $1,150.00 | 09/06/2018 | 5214031000 | $1,150.00 |
| 10/22/2018 | 5330094000 | $1,150.00 | 11/20/2018 | 5404448000 | $1,150.00 |
| 12/19/2018 | 5479867000 | $1,150.00 | 01/24/2019 | 5565066000 | $1,150.00 |
| 02/18/2019 | 5632063000 | $1,150.00 | 03/21/2019 | 5716484000 | $1,150.00 |
| 04/22/2019 | 5800322000 | $1,150.00 | 05/22/2019 | 5879049000 | $1,150.00 |
| 07/01/2019 | 5979481000 | $1,150.00 | 07/22/2019 | 6033372000 | $1,150.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE